# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2019

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158622

HANAN KHARROUBI,
            Plaintiff-Appellee,

v

SC: 158622
COA: 344711
Wayne CC: 17-002660-CZ

HOSAM NASSEREDDINE,
            Defendant/Cross-Plaintiff,
and

KAMEL KHARROUBI,
            Defendant/Cross-Defendant-
            Appellant.
_____/

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2019



Clerk